**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHEN ZHEN WO NUO DE ZHI NENG JI SHU YOU XIAN GONG SI D/B/A FLYNOVA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 23-cv-15628<br><br>Hon. Jeffrey I. Cummings |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Shen Zhen Wo Nuo De Zhi Neng Ji Shu You Xian Gong Si D/B/A Flynova ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 13 | South Mountain Store LLC |
| 31 | dealtheworld |
| 40 | funtig80 |
| 46 | health168 |
| 47 | healthcare-2021 |
| 60 | maxdmart |
| 65 | myyshoppingworld |
| 81 | sunnybeauty04 |
| 90 | winbetter-08 |
| 91 | Woaiely-ts |

Dated: March 21, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com